No. —. PORESKY v. ELY. February 3, 1941. Motion for leave to file application granted, and the application is denied.

No. —. STOEHR v. MINNESOTA. February 3, 1941. Application denied.

No. —, original. EX PARTE JOSEPH F. KOLEG;
No. —, original. EX PARTE C. E. PHILLIPS;
No. —, original. EX PARTE J. B. KING; and
No. —, original. EX PARTE ORVILLE CHESTER GARRISON. February 3, 1941. The motions for leave to file petitions for writs of habeas corpus are denied.

No. —, original. EX PARTE MARY M. HUGHES. February 3, 1941. Motion for leave to file petition for writ of mandamus denied.

No. 312. SWANSON, SECRETARY OF STATE OF NEBRASKA, ET AL. v. BUCK ET AL. February 3, 1941. Pursuant to paragraph (c) of Rule 75 of the Rules of Civil Procedure and without prejudice to the future application of paragraph (e) of Rule 75, the motion of the appellees for a writ of certiorari to correct a diminution of the record is granted with respect to items 1 to 57 inclusive. The motion is also granted with respect to items 58 to 62 inclusive so far as the certification of docket entries and designations is concerned, which, however, are to be dispensed with in printing.